UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BLAKE O'BRYAN SWANN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No.: 2:21-CV-82-RLJ-CRW |
| ) | |
| ED GRAYBEAL, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that Petitioner's motion for voluntary dismissal of his federal habeas petition [Doc. 8] is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

It is **CERTIFIED** that any appeal from this order would not be taken in good faith, and therefore, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT